1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE:                           )   Case No. CV 07-5283-VAP
ROGER N. FEARING AND             )   USBC Case No. SV 00-10940-KT
CHRISTINE E. FEARING             )
            DEBTORS,             )   **JUDGMENT**
_____        )
ROGER N. FEARING AND             )
CHRISTINE E. FEARING,            )
                                 )
            Plaintiff,           )
                                 )
     v.                          )
                                 )
DAVID SEROR, CHAPTER 7           )
TRUSTEE,                         )
                                 )
            Defendants.          )
_____        )

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed concurrently herewith, IT

IS ORDERED AND ADJUDGED that Appeal is DISMISSED WITH

PREJUDICE.  The Court orders that such judgment be

entered.

Dated:  _October 21, 2008_     _____
                                  VIRGINIA A. PHILLIPS
                               United States District Judge